| | |
|---|---|
| Name | Steven R. Schneider |
| Bar # | 030958 |
| Firm | Buchalter Nemer, A Professional Corporation |
| Address | 16435 N. Scottsdale Road |
| | Suite 440 |
| | Scottsdale, AZ 85254-1754 |
| Telephone | (480) 383-1800 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric W. Falbe, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Tesla Motors, Inc., a Delaware corporation<br>    Defendant. | Case No. 2:16-cv-04439-SPL<br><br>**Corporate Disclosure Statement** |

    This Corporate Disclosure Statement is filed on behalf of Tesla Motors, Inc. in compliance with the provisions of: *(check one)*

    [✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

☐ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 20th day of December, 2016.

/s/ Steven R. Schneider
_____
Counsel of Record

Certificate of Service:

ORIGINAL of the foregoing electronically filed this 16th day of December, 2016 with:

Clerk of the United States District Court, District of Arizona

Notice of Electronic Filing to the following CM/ECF registrants and COPY of the foregoing served by U.S. Mail to the parties below:

Michael Maledon, Esq.
Falbe Law, PLLC
10575 N. 114th Street, Suite 103
Scottsdale, Arizona 85259
Attorneys for Plaintiff

/s/ Cathy C. Bohnsack